# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| YYZ, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>ADOBE SYSTEMS, INC.,<br><br>      Defendant. | Civil No. 13-579-SLR |
| YYZ, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD COMPANY<br><br>      Defendant. | Civil No. 13-136-SLR |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on September 18, 2013, upon the following attorneys of record as indicated below:

    DEFENDANTS' FIRST SET OF COMMON INTERROGATORIES TO
    PLAINTIFF YYZ, LLC

**VIA ELECTRONIC MAIL**

Brian E. Farnan
Farnan LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com

Peter H. Chang
Bradford J. Black
Andrew G. Hamill
Black Chang & Hamill LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
pchang@bchll.com
bblack@bchllp.com
ahamill@bchllp.com

|  |  |
|---|---|
| *Of counsel:* | POTTER ANDERSON & CORROON LLP |
| | By: */s/ David E. Moore*<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Telephone:  (302) 984-6000<br>Facsimile:  (302) 658-1192<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com |

Of counsel:

Charlene M. Morrow
Virginia K. DeMarchi
Phillip Haack
Enia A. Titova
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Tel:  (650) 988-8500

*Attorneys for Defendant Adobe Systems Incorporated*

Lewis V. Popovski
Matthew J. Faust
KENYON & KENYON LLP
One Broadway
New York, NY 10004
Tel:  (212) 425-7200

Megan W. Olesek
KENYON & KENYON LLP
1801 Page Mill Road , Suite 210
Palo Alto, CA 94304
Tel:  (650) 384-4700

*Attorneys for Defendant Hewlett-Packard Company*

Dated:  September 19, 2013
1123346/40269

By: */s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Telephone:  (302) 984-6000
Facsimile:  (302) 658-1192
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Defendants*
*Adobe Systems Incorporated and Hewlett-Packard Company*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on September 19, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on September 19, 2013, the attached document was electronically mailed to the following person(s)

| | |
|---|---|
| Brian E. Farnan | Peter H. Chang |
| Farnan LLP | Bradford J. Black |
| 919 N. Market Street, 12th Floor | Andrew G. Hamill |
| Wilmington, DE 19801 | Black Chang & Hamill LLP |
| bfarnan@farnanlaw.com | 4 Embarcadero Center, Suite 1400 |
| | San Francisco, CA 94111 |
| | pchang@bchllp.com |
| | bblack@bchllp.com |
| | ahamill@bchllp.com |

By: */s/ David E. Moore*
    Richard L. Horwitz
    David E. Moore
    Bindu A. Palapura
    POTTER ANDERSON & CORROON LLP
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com
    bpalapura@potteranderson.com