**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| YYZ, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 13-cv-136-SLR |
| | ) | |
| HEWLETT-PACKARD COMPANY, | ) | |
| | ) | |
| | ) | **DEMAND FOR JURY TRIAL** |
| Defendant. | ) | |
| | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on December 6, 2013, a copy of Plaintiff YYZ, LLC's Initial Infringement Contentions with Respect to Defendant Hewlett-Packard Company was served on the following via electronic mail:

| | |
|---|---|
| David Ellis Moore | Lewis V. Popovski |
| Richard L. Horwitz | Matthew J. Faust |
| Bindu A. Palapura | Megan W. Olesek |
| Potter Anderson & Corroon LLP | Kenyon & Kenyon LLP |
| rhorwitz@potteranderson.com | lpopovski@kenyon.com |
| dmoore@potteranderson.com | mfaust@kenyon.com |
| bpalapura@potteranderson.com | molesek@kenyon.com |
| | |
| *Counsel for Hewlett-Packard Co.* | *Counsel for Hewlett-Packard Co.* |

Dated:  December 9, 2013          Respectfully submitted,

          FARNAN LLP

          /s/Brian E. Farnan
          Brian E. Farnan (Bar No. 4089)
          919 North Market Street
          12th Floor
          Wilmington, DE 19801
          (302) 777-0300
          (302) 777-0301
          bfarnan@farnanlaw.com

        Jacqueline Knapp Burt (admitted *pro hac vice*)
        James Francis McDonough (admitted *pro hac vice*)
        Jonathan Miller (admitted *pro hac vice*)
        Heninger, Garrison & Davis, LLC
        3621 Vinings Slope, Suite 4320
        Atlanta, GA 30339
        Phone: (404) 996-0864
        jburt@hgdlawfirm.com
        jmiller@hgdlawfirm.com
        jmcdonough@hgdlawfirm.com

        Steven Ritcheson (admitted *pro hac vice*)
        Heninger, Garrison & Davis, LLC
        9800 D Topanga Canyon Boulevard, #347
        Chatsworth, CA 91311
        Phone: 818-882-1030
        swritcheson@hgdlawfirm.com

        René A. Vazquez (admitted *pro hac vice*)
        Heninger, Garrison & Davis, LLC
        18326 Buccaneer Terrace
        Leesburg, VA 20176
        Phone: 571-206-1375
        rvazquez@hgdlawfirm.com

        M. Blair Clinton (admitted *pro hac vice*)
        Heninger, Garrison & Davis, LLC
        2224 1st Avenue North
        Birmingham, Alabama 35203
        Phone: (205) 326-3336
        bclinton@hgdlawfirm.com

        *Counsel for Plaintiff*