# FARNAN LLP

April 29, 2014

**VIA E-FILE**
The Honorable Sue L. Robinson
United States District Court
844 North King Street, Unit 31
Wilmington, DE 19801

      RE:    *YYZ, LLC v. Hewlett-Packard Company,*
              **C.A. No. 13-cv-136-SLR**
              *YYZ, LLC v. Software AG Inc., et al.,*
              **C.A. No. 13-cv-137-SLR**
              *YYZ, LLC v. Adobe Systems, Inc.,*
              **C.A. No. 13-cv-579-SLR**
              *YYZ, LLC v. Pegasystems, Inc.,*
              **C.A. No. 13-cv-581-SLR**

Dear Judge Robinson:

      Pursuant to the Court's oral order on February 26, 2014, Plaintiff YYZ, LLC and Defendants Adobe Systems, Inc., Hewlett-Packard Company, Software AG, Software AG, Inc., and Pegasystems, Inc. hereby file this proposed joint agenda for the discovery teleconference to be held on April 29, 2014 at 4:30 p.m. For each of the issues identified below, Plaintiff has met and conferred with all Defendants and certifies that the parties have reached an impasse.

**Issues Applicable to All Defendants**:

1. **Protective Order (*See* Attachment 1, YYZ excerpt; Attachment 2, Defense excerpt)**
   - Prosecution Bar
     - Whether bar applies to all parties or only plaintiff
     - To what level of designation bar applies
       - Source Code and Highly Confidential or Source Code only
   - Patent Acquisition Bar for future action adverse to defendants
   - Software Development Bar following source code access
   - Access to Source Code
     - Number of experts with access
     - Whether to permit source code excerpts to be printed (and if so, whether to permit up to ten consecutive pages)

2. **Scheduling Order (New proposed dates listed in Attachment 3)**
   - Moving close of document discovery
   - Moving expert report deadlines to after a claim construction order is issued

3. **Scope of the Case**
   - Whether to reduce asserted claims and prior art references before or after claim construction

There exist no issues specific to any particular defendant that are ripe for presentation to the Court at this time.

Respectfully submitted,

/s/ Michael J. Farnan

Michael J. Farnan

cc:   All Counsel of Record (via E-Filing)