# FARNAN LLP

July 22, 2014

**VIA E-FILE**
The Honorable Sue L. Robinson
United States District Court
844 North King Street, Unit 31
Wilmington, DE 19801

RE:  *YYZ, LLC v. Hewlett-Packard Company*,
**C.A. No. 13-cv-136-SLR**
*YYZ, LLC v. Software AG Inc., et al.*,
**C.A. No. 13-cv-137-SLR**
*YYZ, LLC v. Adobe Systems, Inc.*,
**C.A. No. 13-cv-579-SLR**
*YYZ, LLC v. Pegasystems, Inc.*,
<u>**C.A. No. 13-cv-581-SLR**</u>

Dear Judge Robinson:

This morning, in response to the parties' telephone call and e-mail to the Court regarding the in-person discovery conference set for tomorrow at Noon, the Court requested an agenda by 4:30 p.m.  Since then, the parties have been able to resolve the dispute.  As a result, the parties respectfully request that the discovery hearing set for tomorrow be canceled.  We apologize for any inconvenience and remain available to discuss this matter should Your Honor wish to do so.  Thank you.

Respectfully submitted,

/s/ Michael J. Farnan

Michael J. Farnan

cc:    All Counsel of Record (via E-Filing)