**FARNAN**LLP

November 17, 2014

**VIA E-FILE**
The Honorable Sue L. Robinson
United States District Court
844 North King Street, Unit 31
Wilmington, DE 19801

> RE: *YYZ, LLC v. Hewlett-Packard Company*,
> **C.A. No. 13-cv-136-SLR**
> *YYZ, LLC v. Adobe Systems, Inc.*,
> **C.A. No. 13-cv-579-SLR**
> *YYZ, LLC v. Pegasystems, Inc.*,
> **C.A. No. 13-cv-581-SLR**

Dear Judge Robinson:

Plaintiff YYZ, LLC and Defendants Adobe Systems, Inc., Hewlett-Packard Company and Pegasystems, Inc. hereby file this proposed joint agenda for the status conference to be held on November 17, 2014 at 4:30 p.m. The parties have met and conferred but have not reached agreement on the following issues:

**Issues To Be Raised By YYZ**

1. YYZ will be seeking access to Adobe's source code

2. YYZ will be seeking an order requiring Adobe, H-P, and Pegasystems to comply with the Court's oral order of August 11, 2014, which required Adobe, H-P, and Pegasystems to reduce their prior art references to a total of 15 by September 2, 2014.

**Issues Applicable to Adobe**

1. Adobe will be seeking leave of Court to file motions for sanction against YYZ seeking following relief:

    a. Exclusion of inventor's testimony regarding the scope of invention described in the patents-in-suit;

    b. Additional deposition of inventors of patents-in-suit at YYZ's cost, including Adobe's attorneys' fees and costs of travel; and

    c. Travel costs incurred by Adobe for depositions of its witnesses cancelled by YYZ without reasonable notice.

2. Production of documents improperly withheld by YYZ on grounds of privilege

919 N. MARKET STREET, 12TH FLOOR, WILMINGTON, DE 19801
PHONE: (302) 777-0300 • FAX: (302) 777-0301 • WWW.FARNANLAW.COM

                                      Respectfully submitted,

                                      /s/ Michael J. Farnan

                                      Michael J. Farnan

cc:     All Counsel of Record (via E-Filing)