# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| YYZ, LLC, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) C.A. No. 13-136-SLR |
|   v. | ) |
| | ) |
| HEWLETT-PACKARD COMPANY, | ) |
| | ) |
|       Defendant. | ) |
| YYZ, LLC, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) C.A. No. 13-579-SLR |
|   v. | ) |
| | ) |
| ADOBE SYSTEMS, INC., | ) |
| | ) |
|       Defendant. | ) |
| YYZ, LLC, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) C.A. No. 13-581-SLR |
|   v. | ) |
| | ) |
| PEGASYSTEMS, INC., | ) |
| | ) |
|       Defendant. | ) |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
THAT THE ASSERTED CLAIMS OF THE
<u>PATENTS-IN-SUIT ARE INVALID UNDER 35 U.S.C. § 101</u>**

Pursuant to the Court's January 9, 2015 order and in accordance with Fed. R. Civ. P. Rule 56(a), Defendants Hewlett-Packard Company, Adobe Systems, Inc., and Pegasystems Inc. respectfully move for summary judgment that the asserted claims of the patents-in-suit are invalid for failure to satisfy the requirements of 35 U.S.C. § 101.  The grounds for this Motion are set forth in the accompanying Opening Brief in Support and supporting documents.

|  |  |
|---|---|
|  | Respectfully submitted, |
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Charlene M. Morrow | |
| Virginia K. DeMarchi | By:   /s/ Bindu A. Palapura |
| Phillip Haack | Richard L. Horwitz (#2246) |
| Enia A. Titova | David E. Moore (#3983) |
| FENWICK & WEST LLP | Bindu A. Palapura (#5370) |
| Silicon Valley Center | Hercules Plaza, 6th Floor |
| 801 California Street | 1313 N. Market Street |
| Mountain View, CA  94041 | Wilmington, DE  19801 |
| Tel:  (650) 988-8500 | Tel:  (302) 984-6000 |
|  | rhorwitz@potteranderson.com |
| Ryan J. Marton | dmoore@potteranderson.com |
| FENWICK & WEST LLP | bpalapura@potteraderson.com |
| 555 California Street, 12th Floor |  |
| San Francisco, CA  94104 | *Attorneys for Defendant Adobe Systems, Inc.* |
| Tel:  (415) 875-2300 |  |

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Lewis V. Popovski<br>Matthew J. Faust<br>KENYON & KENYON LLP<br>One Broadway<br>New York, NY 10004<br>Tel: (212) 425-7200<br><br>Megan W. Olesek<br>KENYON & KENYON LLP<br>1801 Page Mill Road , Suite 210<br>Palo Alto, CA 94304<br>Tel: (650) 384-4700 | By: */s/ Bindu A. Palapura*<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19801<br>    Tel:  (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br><br>*Attorneys for Defendant Hewlett-Packard Company* |
| OF COUNSEL | DRINKER BIDDLE & REATH LLP |
| Kent E. Baldauf, Jr.<br>James J. Bosco<br>Bryan P. Clark<br>THE WEBB LAW FIRM<br>One Gateway Center<br>420 Fort Duquesne, Suite 1200<br>Pittsburgh, PA 15222<br>Tel: (412) 471-8815 | By:  */s/ Francis DiGiovanni*<br>    Francis DiGiovanni (#3189)<br>    222 Delaware Ave., Ste. 1410<br>    Wilmington, DE 19801-1621<br>    Tel:  (302) 467-4266<br>    Francis.DiGiovanni@dbr.com<br><br>*Attorneys for Defendant Pegasystems, Inc.* |

Dated:  February 10, 2015
1181004/38879