**APPENDIX A**

**ASSERTED CLAIMS WITH CLAIM CONSTRUCTIONS INSERTED**

Asserted Claims Summary*

| Patent | Adobe | H-P | Pegasystems |
|--------|-------|-----|-------------|
| 7,062,749 | 55 | 22, 23, 27, 28 and 29 | 1, 2, 3, 4, 5, and 56 |
| 7,603,674 | 1, 2, 3, 6, 7, 38, 41, 46, and 47 | 51, 52, 55, 56 and 57 | 70, 71, 75, and 76 |

* August 18, 2014 electronic mail message from James F. McDonough, Jr. (counsel for YYZ)

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT THAT THE
ASSERTED CLAIMS OF THE PATENTS-IN-SUIT ARE INVALID UNDER 35 U.S.C. § 101

| U.S. Patent No. 7,062,749 ||
| Asserted Claim | Asserted Claim With Constructions Inserted |
|---|---|
| Independent Claim 1: A computerized method for use in an *asynchronous messaging environment*, wherein said messaging environment comprises at least one *original message comprised of original message data*, comprising: | A computerized method for use in an [*a computer-based environment in which data is transmitted through messages (instead of large files) without prior coordination between communication end points*], wherein said messaging environment comprises at least one [*a message originating from a business process, sub process, or activity carrying information for the execution of a business process, sub process, or activity*] comprised of [*data from the original message*], comprising: |
| *providing, through a monitoring message, at least part of said original message data to a central message repository*; | [*sending, through a messaging broker, the {a message distinct from an original message, created by the messaging component of a messaging broker that contains at least part of the original message data, where a messaging broker is communication software that performs at least message transformation and routing based on information in the message}, with at least part of said original message data to a {database for storing monitoring messages from more than one process, sub-process, or activity}}*]; |
| populating a *transaction record* in said central message repository with said original message data provided by said monitoring message; | populating a [*a record in the central message repository*] in said central message repository with said [*data from the original message*] provided by with said original message data provided by said monitoring message; |
| wherein said original message data comprises the status of an *activity*. | wherein said original message data comprises the status of an [*part of a step of a business operation*]. |
| Claim 2: A method as in claim 1 further comprising reviewing data collected in said transaction record. | A method as in claim 1 further comprising reviewing data collected in said transaction record. |
| Claim 3: A method as in claim 1 wherein said original message data comprises at least one field of data selected from the group consisting of date data, time data, customer number data, materials data, quantity data and amount data. | A method as in claim 1 wherein said original message data comprises at least one field of data selected from the group consisting of date data, time data, customer number data, materials data, quantity data and amount data. |

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT THAT THE
ASSERTED CLAIMS OF THE PATENTS-IN-SUIT ARE INVALID UNDER 35 U.S.C. § 101

| U.S. Patent No. 7,062,749 | |
|---|---|
| **Asserted Claim** | **Asserted Claim With Constructions Inserted** |
| Claim 4:<br>A method as in claim 1 wherein said original message data comprises at least one field selected from the group consisting of PROCESS IDENTIFIER, SUB-PROCESS IDENTIFIER, ACTIVITY IDENTIFIER, CUSTOMER NUMBER, PART NUMBER, QUANTITY, DATE and TIME. | A method as in claim 1 wherein said original message data comprises at least one field selected from the group consisting of PROCESS IDENTIFIER, SUB-PROCESS IDENTIFIER, ACTIVITY IDENTIFIER, CUSTOMER NUMBER, PART NUMBER, QUANTITY, DATE and TIME. |
| Claim 5:<br>A method as in claim 1 wherein said original message data comprises at least one field selected from the group consisting of ProID, SbProID, Custno, Partno, Qty, Date and Time. | A method as in claim 1 wherein said original message data comprises at least one field selected from the group consisting of ProID, SbProID, Custno, Partno, Qty, Date and Time. |
| Independent Claim 22:<br>A computerized method for use in an *asynchronous messaging environment*, wherein said messaging environment comprises at least one *original message* comprised of *original message data*, comprising: | A computerized method for use in an [*a computer-based environment in which data is transmitted through messages (instead of large files) without prior coordination between communication end points*], wherein said messaging environment comprises at least one [*a message originating from a business process, sub process, or activity carrying information for the execution of a business process, sub process, or activity*] comprised of [*data from the original message*], comprising: |
| monitoring a *process*, which is comprised of at least a first and second *sub process*, by generating *original message data* from each of said first and second sub process; | monitoring a [*business operation*], which is comprised of at least a first and second [*step of a business operation*], by generating [*data from the original message*] from each of said first and second sub process; |
| *transmitting said original message data from said first sub process, via a first monitoring message, to a central message repository*; | [*sending, through a messaging broker, the original message data from said first sub process, via a first monitoring message, to a central message repository*]; |

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT THAT THE
ASSERTED CLAIMS OF THE PATENTS-IN-SUIT ARE INVALID UNDER 35 U.S.C. § 101

| U.S. Patent No. 7,062,749 | |
|---|---|
| **Asserted Claim** | **Asserted Claim With Constructions Inserted** |
| storing said original message data from said first sub process, in a *transaction record* in said central message repository; | storing said original message data from said first sub process, in a [*a record in the central message repository*] in said central message repository*;* |
| *transmitting said original message data from said second sub process, via a second monitoring message, to said central message repository*; and, | [*sending, through a messaging broker, the original message data from said second sub process, via a second monitoring message, to said central message repository]; and* |
| storing said original message data from said second sub process, in said transaction record in said central message repository; | storing said original message data from said second sub process, in said transaction record in said *central message repository*; |
| wherein said original message data comprises the status of said sub process. | wherein said original message data comprises the status of said sub process. |
| Claim 23:<br>A method as in claim 22 further comprising determining the status of said process. | A method as in claim 22 further comprising determining the status of said process. |
| Claim 27:<br>A method as in claim 22 further comprising reviewing said central message repository. | A method as in claim 22 further comprising reviewing said central message repository. |

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT THAT THE
ASSERTED CLAIMS OF THE PATENTS-IN-SUIT ARE INVALID UNDER 35 U.S.C. § 101

| U.S. Patent No. 7,062,749 | |
|---|---|
| **Asserted Claim** | **Asserted Claim With Constructions Inserted** |
| Claim 28:<br>A method as in claim 27 wherein reviewing said central message repository further comprises reviewing information from the group consisting essentially of order information, customer information, *process* efficiency information, snap-shot information, time slice information, daily information, weekly information, monthly information, trend information, and performance information. | A method as in claim 27 wherein reviewing said central message repository further comprises reviewing information from the group consisting essentially of order information, customer information, [*business operation*] efficiency information, snap-shot information, time slice information, daily information, weekly information, monthly information, trend information, and performance information. |
| Claim 29:<br>A method as in claim 22 further comprising distributing *process* progress information in *real time*. | A method as in claim 22 further comprising distributing [*business operation*] progress information in [*in a non-deferred manner*]. |
| Independent Claim 55:<br>A computerized method for use in an *asynchronous messaging environment*, wherein said messaging environment comprises at least one *original message comprised of original message data*, comprising: | A computerized method for use in an [*a computer-based environment in which data is transmitted through messages (instead of large files) without prior coordination between communication end points*], wherein said messaging environment comprises at least one [*a message originating from a business process, sub process, or activity carrying information for the execution of a business process, sub process, or activity*] comprised of [*data from the original message*], comprising: |
| providing, through a *monitoring message* at least part of said original message data to a *central message repository*; | providing, through a [*a message distinct from an original message, created by the messaging component of a messaging broker that contains at least part of the original message data, where a messaging broker is communication software that performs at least message transformation and routing based on information in the message*] at least part of said original message data to a [*database for storing monitoring messages from more than one process, sub-process, or activity*]; |

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT THAT THE
ASSERTED CLAIMS OF THE PATENTS-IN-SUIT ARE INVALID UNDER 35 U.S.C. § 101

| U.S. Patent No. 7,062,749 ||
| Asserted Claim | Asserted Claim With Constructions Inserted |
|---|---|
| populating a *transaction record* in said central message repository with said original message data provided by said monitoring message; | populating a [*a record in the central message repository]* in said central message repository with said original message data provided by said monitoring message; |
| wherein said original message data comprises the status of a *process*. | wherein said original message data comprises the status of a [*business operation*]. |
| Independent Claim 56:<br>A computerized method for use in an *asynchronous messaging environment*, wherein said messaging environment comprises at least one *original message* comprised of *original message data*, comprising: | A computerized method for use in an [*a computer-based environment in which data is transmitted through messages (instead of large files) without prior coordination between communication end points*], wherein said messaging environment comprises at least one [*a message originating from a business process, sub process, or activity carrying information for the execution of a business process, sub process, or activity*] comprised of [*data from the original message*], comprising: |
| *providing, through a monitoring message, at least part of said original message data to a central message repository*; | [*sending, through a messaging broker, the monitoring message, with at least part of said original message data to a central message repository*]; |
| populating a *transaction record* in said central message repository with said original message data provided by said monitoring message; | populating a [*a record in the central message repository*] in said central message repository with said original message data provided by said monitoring message;; |
| wherein said original message data comprises the status of a *sub process*. | wherein said original message data comprises the status of a [*step of a business operation*]. |

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT THAT THE
ASSERTED CLAIMS OF THE PATENTS-IN-SUIT ARE INVALID UNDER 35 U.S.C. § 101

| U.S. Patent No. 7,603,674 | |
|---|---|
| **Asserted Claim** | **Asserted Claim With Constructions Inserted** |
| Independent Claim 1: <br> A computerized method for use in an *asynchronous messaging environment*, wherein said messaging environment comprises at least one *original message* comprised of *original message data*, comprising: | A computerized method for use in an [*a computer-based environment in which data is transmitted through messages (instead of large files) without prior coordination between communication end points*], wherein said messaging environment comprises at least one [*a message originating from a business process, sub process, or activity carrying information for the execution of a business process, sub process, or activity*] comprised of [*data from the original message*], comprising: |
| *providing, through a monitoring message, at least part of said original message data to a central message repository*; | [*sending, through a messaging broker, the monitoring message, with at least part of said original message data to a central message repository*]; |
| populating a *transaction record* in said central message repository with said original message data provided by said monitoring message wherein said original message data comprises status information of at least one action selected from the group consisting of *activity*, *sub process* and *process*; and, | populating a [*a record in the central message repository*] in said central message repository with said original message data provided by said monitoring message wherein said original message data comprises status information of at least one action selected from the group consisting of [*part of a step of a business operation*], [*step of a business operation*] and [*business operation*]; and, |
| retrieving information from the central message repository. | retrieving information from the central message repository. |
| Claim 2: <br> A method as in claim 1 wherein said retrieving information from the central message repository comprises retrieving information about an order from the central message repository. | A method as in claim 1 wherein said retrieving information from the central message repository comprises retrieving information about an order from the central message repository. |
| Claim 3: <br> A method as in claim 1 wherein said retrieving information from the central message repository comprises retrieving information about a customer from the central message repository. | A method as in claim 1 wherein said retrieving information from the central message repository comprises retrieving information about a customer from the central message repository |

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT THAT THE
ASSERTED CLAIMS OF THE PATENTS-IN-SUIT ARE INVALID UNDER 35 U.S.C. § 101

| U.S. Patent No. 7,603,674 ||
| :---: | :---: |
| **Asserted Claim** | **Asserted Claim With Constructions Inserted** |
| Claim 6:<br>A method as in claim 1 wherein said retrieving information from the central message repository comprises retrieving information across a time span from the central message repository. | A method as in claim 1 wherein said retrieving information from the central message repository comprises retrieving information across a time span from the central message repository. |
| Claim 7:<br>A method as in claim 6 wherein said time span is selected from the group consisting of at least one day, at least one week, and at least one month. | A method as in claim 6 wherein said time span is selected from the group consisting of at least one day, at least one week, and at least one month. |
| Claim 38:<br>A method as in claim 1 wherein said retrieving information from the central message repository further comprises retrieving information from the central message repository on a *secure basis*. | A method as in claim 1 wherein said retrieving information from the central message repository further comprises retrieving information from the central message repository on a [*access on an authorized basis*]. |
| Claim 41:<br>A method as in claim 1 further comprising providing a report. | A method as in claim 1 further comprising providing a report. |
| Independent Claim 46:<br>A computerized method for use in an *asynchronous messaging environment*, wherein said messaging environment comprises at least one *original message* comprised of *original message data*, comprising: | A computerized method for use in an [*a computer-based environment in which data is transmitted through messages (instead of large files) without prior coordination between communication end points*], wherein said messaging environment comprises at least one [*a message originating from a business process, sub process, or activity carrying information for the execution of a business process, sub process, or activity*] comprised of [*data from the original message*], comprising: |
| providing, through a *monitoring message*, at least part of said original message data to a *central message repository*; | providing, through a [*a message distinct from an original message, created by the messaging component of a messaging broker that contains at least part of the original message data, where a messaging broker is communication software that performs at least message transformation and routing based on information in the message*], at least part of said original message data to a [*database for storing monitoring messages from more than one process, sub-process, or activity*]; |

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT THAT THE
ASSERTED CLAIMS OF THE PATENTS-IN-SUIT ARE INVALID UNDER 35 U.S.C. § 101

| U.S. Patent No. 7,603,674 | |
| --- | --- |
| **Asserted Claim** | **Asserted Claim With Constructions Inserted** |
| populating a *transaction record* in said central message repository with said original message data provided by said monitoring message wherein said original message data comprises status information of at least one action selected from the group consisting of *activity*, *sub process* and *process*; and, | populating a [*a record in the central message repository*] in said central message repository with said original message data provided by said *monitoring message* wherein said original message data comprises status information of at least one action selected from the group consisting of [*part of a step of a business operation*], [*step of a business operation*] and [*business operation*]; and, |
| distributing information from the central message repository using a *real-time* tool which tracks the progress of transaction records and/or processes. | distributing information from the central message repository using [*in a non-deferred manner*] a tool which tracks the progress of transaction records and/or processes.. |
| Claim 47:<br>A method as in claim 46 wherein said information is distributed using a distribution method selected from the group consisting of an intranet, an extranet, and the Internet. | A method as in claim 46 wherein said information is distributed using a distribution method selected from the group consisting of an intranet, an extranet, and the Internet. |
| Independent Claim 51:<br>A computerized method for use in an *asynchronous messaging environment*, wherein said messaging environment comprises at least one *original message* comprised of *original message data*, comprising: | A computerized method for use in an [*a computer-based environment in which data is transmitted through messages (instead of large files) without prior coordination between communication end points*], wherein said messaging environment comprises at least one [*a message originating from a business process, sub process, or activity carrying information for the execution of a business process, sub process, or activity*] comprised of [*data from the original message*], comprising: |
| *providing, through a monitoring message, at least part of said original message data to a central message repository;* | [*sending, through a messaging broker, the monitoring message, with at least part of said original message data to a central message repository*]; |
| populating a *transaction record* in said central message repository with said original message data provided by said monitoring message; | populating a [*a record in the central message repository*] in said central message repository with said original message data provided by said monitoring message; |
| reviewing data collected in said transaction record; | reviewing data collected in said transaction record; |

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT THAT THE
ASSERTED CLAIMS OF THE PATENTS-IN-SUIT ARE INVALID UNDER 35 U.S.C. § 101

| U.S. Patent No. 7,603,674 | |
|---|---|
| **Asserted Claim** | **Asserted Claim With Constructions Inserted** |
| wherein said original message data comprises status information of a *process* and/or *sub process*. | wherein said original message data comprises status information of a [*business operation*] and/or [*step of a business operation*]. |
| Claim 52:<br>A method as in claim 51 wherein said original message data comprises at least one field of data selected from the group consisting of date data, time data, customer number data, materials data, quantity data and amount data. | A method as in claim 51 wherein said original message data comprises at least one field of data selected from the group consisting of date data, time data, customer number data, materials data, quantity data and amount data. |
| Claim 55:<br>A method as in claim 51 further comprising providing the status of a *process* by providing access to said central message repository. | A method as in claim 51 further comprising providing the status of a [*business operation*] by providing access to said central message repository. |
| Claim 56:<br>A method as in claim 51 further comprising adding, to said monitoring message, data other than said original message data. | A method as in claim 51 further comprising adding, to said monitoring message, data other than said original message data. |
| Claim 57:<br>A method as in claim 51 further comprising updating said transaction record. | A method as in claim 51 further comprising updating said transaction record. |
| Independent Claim 70:<br>A computerized method for use in an *asynchronous messaging environment*, wherein said messaging environment comprises at least one *original message* comprised of *original message data*, comprising: | A computerized method for use in an [*a computer-based environment in which data is transmitted through messages (instead of large files) without prior coordination between communication end points*], wherein said messaging environment comprises at least one [*a message originating from a business process, sub process, or activity carrying information for the execution of a business process, sub process, or activity*] comprised of [*data from the original message*], comprising: |
| monitoring a *sub process*, which is comprised of at least a first and second *activity*, by generating *original message data* from each of said first and second activities; | monitoring a [*step of a business operation*], which is comprised of at least a first and second [*part of a step of a business operation*], by generating [*data from the original message*] from each of said first and second activities; |

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT THAT THE
ASSERTED CLAIMS OF THE PATENTS-IN-SUIT ARE INVALID UNDER 35 U.S.C. § 101

| U.S. Patent No. 7,603,674 ||
| **Asserted Claim** | **Asserted Claim With Constructions Inserted** |
| --- | --- |
| *transmitting said original message data from said first activity, via a first monitoring message, to a central message repository;* | *[sending, through a messaging broker, the original message data from said first activity, via a first monitoring message, to a central message repository];* |
| storing said original message data from said first *activity*, in a *transaction record* in said central message repository; | storing said original message data from said first *activity*, in a [*a record in the central message repository*] in said central message repository; |
| *transmitting said original message data from said second activity, via a second monitoring message, to said central message repository*; and, | *[sending, through a messaging broker, the original message data from said second activity, via a second monitoring message, to said central message repository]; and* |
| storing said original message data from said second activity, in said transaction record in said central message repository; | storing said original message data from said second activity, in said transaction record in said central message repository; |
| wherein said original message data comprises the status of said activity. | wherein said *original message data* comprises the status of said activity. |
| Claim 71:<br>A method as in claim 70 further comprising determining the status of said sub process. | A method as in claim 70 further comprising determining the status of said sub process. |
| Claim 75:<br>A method as in claim 70 further comprising reviewing said central message repository. | A method as in claim 70 further comprising reviewing said central message repository. |
| Claim 76:<br>A method as in claim 75 wherein reviewing said *central message repository* further comprises reviewing information from the group consisting essentially of order information, customer information, *process* efficiency information, snapshot information, time slice information, daily information, weekly information, monthly information, trend information and performance information. | A method as in claim 75 wherein reviewing said [*database for storing monitoring messages from more than one process, sub-process, or activity*] further comprises reviewing information from the group consisting essentially of order information, customer information, [*business operation*] efficiency information, snapshot information, time slice information, daily information, weekly information, monthly information, trend information and performance information. |

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT THAT THE
ASSERTED CLAIMS OF THE PATENTS-IN-SUIT ARE INVALID UNDER 35 U.S.C. § 101